**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case Number:   08 C 1286

Christine Sophie Brummit, individually and as Mother and Next Friend of

Dean Michael Brummit v. Officer David Green, Unknown Officers, and City of Berwyn

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Berwyn

| |
|---|
| NAME (Type or print) <br> Robert R. Wilder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Robert R. Wilder |
| FIRM <br> Odelson & Sterk, Ltd. |
| STREET ADDRESS <br> 3318 West 95th Street |
| CITY/STATE/ZIP <br> Evergreen Park, IL 60805 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6244917 | TELEPHONE NUMBER <br> 708-424-5678 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |