UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF )<br>)<br>CHRISTINE SOPHIE BRUMMITT, )<br>Individually and as Mother and Next )<br>Friend of DEAN MICHAEL BRUMMITT, )<br>A Minor, )<br>)<br>Plaintiff, )<br>) No.   08 C 1286<br>vs. )<br>) Judge Zagel<br>OFFICER DAVID GREEN, UNKNOWN ) Magistrate Judge Cole<br>OFFICERS, and CITY OF BERWYN, )<br>) PLAINTIFF DEMANDS<br>Defendants. ) TRIAL BY JURY | |

### PLAINTIFF'S MOTION FOR LEAVE TO RE-FILE COMPLAINT

NOW COMES the Plaintiff, CHRISTINE SOPHIE BRUMMITT, Individually and as Mother and Next Friend of DEAN MICHAEL BRUMMITT, A Minor, by and through her attorneys, Brandenburg-Rees and Rees, and for her MOTION FOR LEAVE TO RE-FILE COMPLAINT, respectfully states:

1. Plaintiff filed her Complaint on March 4, 2008, using the Electronic Case Filing (CM/ECF) system.

2. The document filed was too large for the CM/ECF system and the final two (2) of the nine (9) pages were cutoff.

3. Plaintiff has re-formatted her Complaint (Attached as Exhibits A and B) to comply with the requirements of the CM/ECF system.

WHEREFORE, Plaintiff, CHRISTINE SOPHIE BRUMMITT, Individually and as Next Friend of DEAM MICHAEL BRUMMITT, prays that this Court grant Plaintiff leave to re-file Plaintiff's Complaint.

Respectfully submitted,

By: /s/ Phillip J. Block
      Phillip J. Block

Phillip J. Block
No. 6292407
BRANDENBURG-REES & REES
Attorneys for Plaintiff
Three First National Plaza
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-214-3291