UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| CHRISTINE SOPHIE BRUMMITT, ) | |
| Individually and as Mother and Next ) | |
| Friend of DEAL MICHAEL BRUMMITT, ) | |
| A Minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 1286 |
| ) | |
| OFFICER DAVID GREEN, UNKNOWN ) | |
| OFFICERS, AND CITY OF BERWYN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:    See attached Service List

     Please take notice that on April 14, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the Answer to Complaint, a copy of which is attached hereto.


                              By:    s:/Richard F. Bruen, Jr.
                                         One of its attorneys

ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants mentioned on the attached Service List on this 14th day of April, 2008.

                                                       s:/Richard F. Bruen, Jr.

## **SERVICE LIST**

Phillip J. Block
Brandenburg-Rees & Rees
70 W. Madison Street
Suite 1400
Chicago, Illinois 60602
(312) 214-3291
VIA – Regular Mail


David Benjamin Goodman
Stephen J. Raab
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
321 N. Clark Street
Suite 800
Chicago, Illinois 60610
(312) 980-3870
VIA – email