IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SOPHIE BRUMMITT,  )<br>Individually and as Mother and Next Friend  )<br>of DEAN MICHAEL BRUMMITT, a Minor,  )<br>                                          )<br>                        Plaintiff,  )<br>                                          )<br>            v.                       )<br>                                          )<br>OFFICER DAVID GREEN, UNKNOWN  )<br>OFFICERS, and CITY OF BERWYN,  )<br>                                          )<br>                        Defendants.  )  | Case No. 08 C 1286<br><br>Judge Zagel<br>Magistrate Judge Cole |

### NOTICE OF FILING

**TO:**   Phillip J. Block
         BRANDENBURG REES & REES
         70 West Madison Street, Suite 1400
         Chicago, Illinois 60602

         Mark H. Sterk
         Richard F. Bruen, Jr.
         Robert R. Wilder
         ODELSON & STERK, LTD.
         3318 W. 95th Street
         Evergreen Park, Illinois

    **PLEASE TAKE NOTICE** that on **April 15, 2008,** the undersigned caused to be filed electronically with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendant Officer David Green's Answer and Affirmative Defenses to Plaintiff's Complaint**, a true and correct copy of which is attached hereto and hereby served upon you.

                                          By:   /s/ S. Jarret Raab
                                                One of the Attorneys for Defendant
                                                OFFICER DAVID GREEN

David B. Goodman (#6201242)
S. Jarret Raab (#6294632)
SHAW GUSSIS FISHMAN GLANTZ
   WOLFSON & TOWBIN, LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

### CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he caused to be served, via the Court's CM/ECF filing system, a true and correct copy of this Notice and the document described therein, on all counsel-of-record as noted above, on this **15th day of April, 2008.**

                                          By:   /s/ S. Jarret Raab
                                                One of the Attorneys for Defendant
                                                OFFICER DAVID GREEN