## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CHRISTINE SOPHIE BRUMMIT,** **Individually and as Mother and Next Friend of DEAN MICHAEL BRUMMIT, a Minor,** ) ) ) ) ) ) **Plaintiff,** ) v. ) ) **OFFICER DAVID GREEN, UNKNOWN OFFICERS, and THE CITY OF BERWYN,** ) ) ) ) **Defendants.** ) | Case No. 08 C 1286 |

### NOTICE OF FILING

To:   SEE SERVICE LIST

PLEASE TAKE NOTICE that on **April 22, 2008**, we filed the attached **Defendant City of Berwyn's Amended Answer to Complaint** with the United States District Court, Northern District, Eastern Division, copies of which are hereby served upon you.

**ODELSON & STERK, LTD.**

By: *S/ Richard F. Bruen, Jr.*

### PROOF OF SERVICE

I, Richard F. Bruen, Jr., state that on April 22, 2008, I caused a copy of the foregoing **Defendant, City of Berwyn's Amended Answer to Complaint** to be served on the above-mentioned party by e-filing this document with the United States District Court, Northern District, Eastern Division.

*S/ Richard F. Bruen, Jr.*

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

**SERVICE LIST**

**BRUMMIT V. BERWYN
CASE NO. 08 C 1286**

1. **Phillip J. Block
   Brandenburg-Rees & Rees
   70 West Madison Street, Suite 1400
   Chicago, Illinois 60602**

2. **David Benjamin Goodman
   Shaw, Gussis, Fishman, Glatz, Wolfson & Towbin, LLC
   321 North Clark Street, Suite 800
   Chicago, Illinois 60610**