IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SOPHIE BRUMMITT, Individually and as Mother and Next Friend Of DEAN MICHAEL BRUMMITT, a Minor, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER DAVID GREEN, UNKNOWN OFFICERS, and CITY OF BERWYN, <br><br> Defendants. | No. 08 C 1286 <br><br> Judge Zagel <br> Magistrate Judge Cole |

### PLAINTIFF'S ANSWERS TO DEFENDANT OFFICER GREEN'S AFFIRMATIVE DEFENSES

NOW COMES Plaintiff CHRISTINE SOPHIE BRUMMIT, Individually and as Next Friend of DEAN MICHAEL BRUMMITT, and for PLAINTIFF'S ANSWER TO DEFENDANT OFFICER GREEN'S AFFIRMATIVE DEFENSES, states as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted against Officer Green.

**ANSWER:** Plaintiff denies the averments contained within First Affirmative Defense.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred against Officer Green under the Illinois Local Governmental and Governmental Employees Tort Immunity Act.

**ANSWER:** Plaintiff denies the averments contained within Second Affirmative Defense.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred against Officer Green by the doctrine of qualified immunity.

**ANSWER:** Plaintiff denies the averments contained within Third Affirmative Defense.

### FOURTH AFFIRMATIVE DEFENSE

Officer Green exercised reasonable and appropriate force to restrain Plaintiff.

**ANSWER:** Plaintiff denies the averments contained within Fourth Affirmative Defense.

### FIFTH AFFIRMATIVE DEFENSE

Officer Green and the other police officers who were present at the scene of the alleged incident had probable cause to arrest and detain Brummitt.

**ANSWER:** Plaintiff denies the averments contained within Fifth Affirmative Defense.

WHEREFORE, Plaintiff CHRISTINE SOPHIE BRUMMIT, Individually and as Next Friend of DEAN MICHAEL BRUMMITT, demands judgment against Defendants.

Respectfully Submitted,

By: /s/ Phillip J. Block
Phillip J. Block

Phillip J. Block
No. 6292407
BRANDENBURG-REES & REES
Attorneys for Plaintiff
Three First National Plaza
70 West Madison St., Ste 1400
Chicago, IL  60602
(312) 214-3291

## PROOF OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 23rd day of April, 2008, upon the following: David Benjamin Goodman, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, dgoodman@shawgussis.com; Stephen J. Raab, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, jraab@shawgussis.com; Richard F. Bruen, Jr., Odelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, rbruen@odelsonsterk.com; Mark H. Sterk, Oldelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, msterk@odelsonsterk.com; Robert R. Wilder, Odelson & Sterk, 3318 W. 95th Street, Evergreen Park, IL 60805, rwilder@odelsonsterk.com.

                s/Phillip J. Block
                Phillip J. Block