IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SOPHIE BRUMMITT, Individually and as Mother and Next Friend Of DEAN MICHAEL BRUMMITT, a Minor,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER DAVID GREEN, UNKNOWN OFFICERS, and CITY OF BERWYN,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 08 CV 1286<br>)<br>)　Judge Zagel<br>)　Magistrate Judge Cole<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 1, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel, or any judge sitting in his stead in Courtroom 2503 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Plaintiff's Motion to Strike Defendant Officer Green's First, Fourth and Fifth Affirmative Defenses**, a copy of which is attached and herewith served upon you.

Respectfully Submitted,

By: /s/ Phillip J. Block
　　　Phillip J. Block

Phillip J. Block
No. 6292407
BRANDENBURG-REES & REES
Attorneys for Plaintiff
Three First National Plaza
70 West Madison St., Ste 1400
Chicago, IL 60602
(312) 214-3291

## PROOF OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 23rd day of April, 2008, upon the following: David Benjamin Goodman, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, dgoodman@shawgussis.com; Stephen J. Raab, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, jraab@shawgussis.com; Richard F. Bruen, Jr., Odelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, rbruen@odelsonsterk.com; Mark H. Sterk, Oldelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, msterk@odelsonsterk.com; Robert R. Wilder, Odelson & Sterk, 3318 W. 95th Street, Evergreen Park, IL 60805, rwilder@odelsonsterk.com.

s/Phillip J. Block
Phillip J. Block

Phillip J. Block
No. 6292407
BRANDENBURG-REES & REES
Attorneys for Plaintiff
Three First National Plaza
70 West Madison St., Ste 1400
Chicago, IL 60602
(312) 214-3291