UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF )<br>)<br>CHRISTINE SOPHIE BRUMMITT, )<br>Individually and as Mother and Next )<br>Friend of DEAN MICHAEL BRUMMITT, )<br>A Minor, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICER DAVID GREEN, UNKNOWN )<br>OFFICERS, and CITY OF BERWYN, )<br>)<br>    Defendants. ) | No.   08 C 1286<br><br>Judge Zagel<br>Magistrate Judge Cole<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

**PLAINTIFF'S MOTION TO WITHDRAW ANSWERS TO DEFENDANTS'
AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff, CHRISTINE SOPHIE BRUMMITT, Individually and as Mother and Next Friend of DEAN MICHAEL BRUMMITT, A Minor, by and through her attorneys, Brandenburg-Rees and Rees, and for her Motion to Withdraw Answers to Defendant Officer David Green's Affirmative Defenses, respectfully states:

1. On April 23, 2008, Plaintiff filed, as separate filings, both his Answer to Defendant Officer David Green's Affirmative Defenses and a Motion to Strike Defendants Officer David Green's Affirmative Defenses.

2. Plaintiff's contemporaneous filing of both documents was mere oversight, as the Answer to Defendants' Affirmative Defenses should not have been filed until the Court has ruled on the Motion to Strike Defendants' Affirmative Defenses.

3. Plaintiff's Motion to Strike is meritorious, primarily arguing that the Defendant's Affirmative Defenses are mistitled and should be stricken as pled as affirmative defenses.

4.  Plaintiff requests this Court Withdraw Plaintiff's Answer to Defendants' Affirmative Defenses so that the Motion to Strike Defendant Officer David Green's Affirmative Defenses can properly be considered.

WHEREFORE, Plaintiff, CHRISTINE SOPHIE BRUMMITT, Individually and as Next Friend of DEAM MICHAEL BRUMMITT, prays that this Court withdraw Plaintiff's Answers to Defendant Officer David Green's Affirmative Defenses.

Respectfully submitted,

By: /s/ Phillip J. Block
Phillip J. Block

Phillip J. Block
No. 6292407
BRANDENBURG-REES & REES
Attorneys for Plaintiff
Three First National Plaza
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-214-3291

## PROOF OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 28rd day of April, 2008, upon the following: David Benjamin Goodman, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL  60610, dgoodman@shawgussis.com; Stephen J. Raab, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL  60610, jraab@shawgussis.com;  Richard F. Bruen, Jr., Odelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL  60805, rbruen@odelsonsterk.com;  Mark H. Sterk, Oldelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL  60805, msterk@odelsonsterk.com;  Robert R. Wilder, Odelson & Sterk, 3318 W. 95th Street, Evergreen Park, IL  60805, rwilder@odelsonsterk.com.

s/Phillip J. Block
Phillip J. Block

2