UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Christine Sophie Brummitt
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−01286
                                                      Honorable James B. Zagel

David Green, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 30, 2008:

   MINUTE entry before Judge Honorable James B. Zagel:Motion to strike defendant Officer Green's first, fourth, and fifth affirmative defense [21] is granted. Motion to withdraw answers to defendant's affirmative defense [23] is granted. Status hearing set for 7/9/2008 at 10:00 AM. No appearance required on 5/1/2008.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.