UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) <br> ) <br> CHRISTINE SOPHIE BRUMMITT, ) <br> Individually and as Mother and Next ) <br> Friend of DEAN MICHAEL BRUMMITT, ) <br> A Minor, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OFFICER DAVID GREEN, UNKNOWN ) <br> OFFICERS, and CITY OF BERWYN, ) <br> ) <br> Defendants. ) | No.   08 C 1286 <br><br> Judge Zagel <br> Magistrate Judge Cole <br><br> PLAINTIFF DEMANDS <br> TRIAL BY JURY |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Christine Sophie Brummitt, Individually and as Mother and Next Friend of Dean Michael Brummitt, a Minor, Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

(1)   The full name of every party or amicus the attorney represents in the case:

Christine Sophie Brummitt, Dean Michael Brummitt_____

(2)   If such party or amicus is a corporation:

(a) its parent corporation, if any; and

(b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

Not applicable_____

(3)  The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

Brandenburg-Rees & Rees

Respectfully submitted,

By: /s/ Phillip J. Block
Phillip J. Block

Phillip J. Block
No. 6292407
BRANDENBURG-REES & REES
Attorneys for Plaintiff
Three First National Plaza
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-214-3291

## PROOF OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 14th day of May, 2008, upon the following: David Benjamin Goodman, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, dgoodman@shawgussis.com; Stephen J. Raab, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, jraab@shawgussis.com; Richard F. Bruen, Jr., Odelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, rbruen@odelsonsterk.com; Mark H. Sterk, Odelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, msterk@odelsonsterk.com; Robert R. Wilder, Odelson & Sterk, 3318 W. 95th Street, Evergreen Park, IL 60805, rwilder@odelsonsterk.com.

s/Phillip J. Block
Phillip J. Block