IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| CHRISTINE SOPHIE BRUMMIT, | ) | |
| Individually and as Mother and Next | ) | |
| Friend of DEAN MICHAEL BRUMMITT, | ) | |
| A minor, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 1286 |
| | ) | |
| vs. | ) | Judge Zagel |
| | ) | Magistrate Judge Cole |
| OFFICERS DAVID GREEN, UNKNOWN | ) | |
| OFFICERS, and CITY OF BERWYN, | ) | PLAINTIFF DEMANDS TRIAL |
| | ) | BY JURY |
| Defendants. | ) | |

### CERTIFICATE OF MAILING

The undersigned certifies that on June 27, 2008, she mailed to attorneys of record the following: <u>Plaintiff's Rule 26(a) Initial Disclosures</u>.

                                                                                                                s/Jacqueline Brandenburg-Rees
                                                                                                                Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
Brandenburg-Rees & Rees
Three First National Plaza
70 West Madison, Suite 1400
Chicago, IL 60602
(312) 214-3291

## CERTIFICATE OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 7th day of June, 2008, upon the following: David Benjamin Goodman, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, dgoodman@shawgussis.com; Stephen J. Raab, Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin LLC, 321 N. Clark Street, Ste. 800, Chicago, IL 60610, jraab@shawgussis.com; Richard F. Bruen, Jr., Odelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, rbruen@odelsonsterk.com; Mark H. Sterk, Oldelson & Sterk, Ltd., 3318 West 95th St., Evergreen Park, IL 60805, msterk@odelsonsterk.com; Robert R. Wilder, Odelson & Sterk, 3318 W. 95th Street, Evergreen Park, IL 60805, rwilder@odelsonsterk.com.

                __s/Jacqueline Brandenburg-Rees__
                Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
Brandenburg-Rees & Rees
Three First National Plaza
70 West Madison, Suite 1400
Chicago, IL 60602