UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE SOPHIE BRUMMITT, Individually and as Mother and Next Friend of DEAN MICHAEL BRUMMITT, a Minor, | ) | |
| Plaintiff, | ) | Case No. 08 C 1286 |
| v. | ) | Judge Zagel<br>Magistrate Judge Cole |
| OFFICER DAVID GREEN, UNKNOWN OFFICERS, and THE CITY OF BERWYN, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that she served the following:

**Response to City of Berwyn's Request for Production to Plaintiff**
**Answers to City of Berwyn's Interrogatories to Plaintiff**

on the attorneys of record by U.S. Mail and via fax (fax of Answers and Responses only, without attachments) on this 8th day of August, 2008.

S/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No. 6182350
BRANDENBURG-REES & REES
Three First National Plaza, Suite 1400
70 West Madison Street
Chicago, IL 60602
(312) 214-3291

**Proof of Electronic Service**

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record on this 11th day of August, 2008.

S/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees